# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN SCHMID and JANIE RAE SCHMID, husband and wife, and the marital community composed thereof,, <br><br> Plaintiffs, <br> v. <br><br> STATE FARM FIRE and CASUALTY COMPANY, an Illinois corporation, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, KEVIN HANSON, and BRIAN LAW,, <br><br> Defendants. | **Case No.** C04-5902 <br><br> ORDER: <br><br> GRANTING PLAINTIFFS' MOTION TO REMAND ; and <br><br> STRIKING DEFENDANTS' MOTION TO DISMISS |

THIS MATTER comes before the court on Plaintiff's Motion to Remand the above captioned matter to the Superior Court of the State of Washington in and for Pierce County under cause number 05-2-03901-4.

The court has considered all materials submitted in support of and in response to said motion as well as the files and records herein.

IT IS HEREBY ORDERED AS FOLLOWS:

1. The above captioned cause is remanded to the Superior Court of the State of Washington in and for the County of Pierce under that court's cause number 05-2-03901-4.

2. Defendant's pending motion to dismiss filed March 28, 2005 and noted for hearing April 22, 2005, is hereby dismissed without prejudice as moot.

April 6, 2005

   /s/ J. Kelley Arnold
United States Magistrate Judge

ORDER
Page - 2